Corey L. SANDERS, Petitioner–Appellant,

v.

C. RATLEDGE, Warden, Respondent–Appellee.

No. 16-6675

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Corey L. Sanders, Appellant Pro Se.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey L. Sanders, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant Sanders' motion to proceed in forma pauperis and we affirm for the reasons stated by the district court. Sanders v. Ratledge, No. 7:16–cv–00151–GEC–RSB (W.D. Va. Apr. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED